UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WATSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROSEMARY NDOH, et al.,<br><br>          Defendants. | 1:17-cv-00063-GSA-PC<br><br>ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br>(ECF No. 5.) |

     David Watson ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

     On December 20, 2016, Plaintiff filed a motion for appointment of counsel. (ECF No. 5.) The motion is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, the motion shall be stricken from the record for lack of signature.[1]

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for appointment of counsel, filed on December 20, 2016, is STRICKEN from the record for lack of Plaintiff's signature.

IT IS SO ORDERED.

    Dated:   **January 20, 2017**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose. (Informational Order, ECF No. 7 at 2:7-8.)