UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. WATSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>ROSEMARY NDOH, et al.,<br><br>             Defendants. | 1:17-cv-00063-GSA-PC<br><br>ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br>(ECF No. 13.) |

David Watson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On February 21, 2017, Plaintiff filed a motion for appointment of counsel. (ECF No. 13.) The motion is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for appointment of counsel, filed on February 21, 2017, is STRICKEN[1] from the record for lack of signature.

IT IS SO ORDERED.

    Dated:   **March 15, 2017**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] When a document is stricken, it becomes a nullity and is not considered by the court for any purpose.

1