# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WATSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ROSEMARY NDOH, et al.,<br><br>        Defendants. | 1:17-cv-00063-AWI-GSA (PC)<br>Appeal case number 18-15607<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MORE PROPERLY BROUGHT AT THE NINTH CIRCUIT<br><br>(Document# 24) |

Plaintiff, David Watson, is proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On March 23, 2018, this case was dismissed, with prejudice, for failure to state a claim, and judgment was entered. (ECF Nos. 21, 22.)

On April 9, 2018, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals, which was opened at the Ninth Circuit as case number 18-15607. (ECF No. 23.) On April 9, 2018, plaintiff filed a motion for appointment of counsel. (ECF No. 24.)

In light of the fact that Plaintiff is now proceeding on appeal, the court finds that Plaintiff's motion for counsel is more properly brought at the Ninth Circuit Court of Appeals. Therefore, Plaintiff's motion for appointment of counsel shall be denied, without prejudice to filing the motion at the Ninth Circuit.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel is DENIED, without prejudice to filing the motion at the Ninth Circuit Court of Appeals; and

2. The Clerk is directed to serve a copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated: **April 11, 2018**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE